UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY SPORKIN, SOLELY AS FUND TRUSTEE OF THE PETERSON §468B FUND,<br><br>      Plaintiff,<br><br>-against-<br><br>KENNETH P. SILVERMAN, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF MARK E. BARTHOLOMEW, NO. 15-74017, UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK; FAY LAW GROUP, P.A.; AND THE PERLES LAW FIRM, P.C.,<br><br>      Defendants. | No. 19 Civ. 5076<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Having consulted with the parties, the motion for interpleader deposit (dkt. no. 5) is dismissed without prejudice and subject to reinstatement by letter.

**SO ORDERED.**

Dated: New York, New York
    March 23, 2020

         /s/ Loretta A. Preska
        LORETTA A. PRESKA
        Senior United States District Judge